UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                              Case No. 2:15-cr-32

MONTDESZE ANTONIO JOHNSON,        HON. ROBERT HOLMES BELL

    Defendant(s).
_____/

ORDER OF DETENTION

        Defendant appeared before the undersigned on February 19, 2016, for purposes of an initial appearance and arraignment on an Indictment alleging one count of Felon in Possession of a Firearm and one count of Possession of Stolen Firearm, in violation of 18 U.S.C. § 922 (1)(a) and 18 U.S.C. § 922(j).  At that time, the court indicated the defendant was not eligible for release as he was currently in the custody of the State of Michigan and had appeared for the proceedings on a writ of habeas corpus.  Accordingly, the court ordered the defendant detained pending further proceedings, with defendant reserving the right to request a detention hearing should the defendant's status with the State of Michigan change.

        Therefore, IT WAS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an

attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                      TIMOTHY P. GREELEY
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2016